# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5596 | **DATE** | 5/23/2006 |
| **CASE TITLE** | Taylor vs. Rescon, et al. | | |

**DOCKET ENTRY TEXT**

Defendants Hendrick Klausgaard and Northeast Development Corporation's motions to vacate default, for leave to file appearance and for leave to file a motion to dismiss are granted. The Court's order dated 04/25/06 entering default judgment is hereby vacated. Pursuant to the plaintiff's notice of dismissal, defendants Nayna Networks, Inc, individually and as successor to Rescon Technology Corp, Rescon Technology Corp and Naveen Bisht are hereby dismissed as defendants in this action with prejudice pursuant to FRCP 41(a)(1), each party shall bear its own costs and fees. Defendants Hendrick Klausgaard and Northeast Development Corporation are given until 06/14/06 to file a motion to dismiss. Plaintiff is given until 06/28/06 to file his response and defendants Hendrick Klausgaard and Northeast Development Corporation are given until 07/07/06 to file their reply in further support

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|