## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5596 | **DATE** | 1/11/2007 |
| **CASE TITLE** | Taylor vs. Rescon, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Counsel appeared and reported to the Court that the case has settled. Plaintiff's oral motion to dismiss, with prejudice, pursuant to settlement is granted. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|